UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENYON TAYLOR,<br><br>Defendant. | CASE NO. CR18-0155-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial (Dkt. No. 14) and his speedy trial waiver (Dkt. No. 15). Defense counsel indicates that the Government recently informed him of additional allegations not part of the current indictment, for which it may seek a superseding indictment. (*Id*. at 1–2.) Counsel seeks additional time to investigate these allegations (*Id*. at 2.) In light of these circumstances, a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B). Further, the ends of justice will be served by ordering a continuance, a continuance is necessary to ensure adequate time for effective representation, and these factors outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, Defendant's motion to continue the trial (Dkt. No. 14) is GRANTED. Trial in this matter is continued to November 26, 2018. All pretrial motions must be

1 filed no later than October 9, 2018. It is further ORDERED that the period of time from the date
2 of this order until the new trial date shall be excludable time pursuant to the Speedy Trial Act, 18
3 U.S.C. § 3161(h)(7)(A).

DATED this 31st day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE