UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENYON TAYLOR,<br><br>Defendant. | CASE NO. CR18-0155-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and the pretrial motions deadline (Dkt. No. 24). Defendant has filed a speedy trial waiver through April 15, 2019. (Dkt. No. 25.) Having considered Defendant's motion (Dkt. No. 24) and speedy trial waiver (Dkt. No. 25), the Court FINDS:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay, as Defendant has

1. requested more time to prepare for trial, to investigate the matter, to gather evidence material to his defense, and to consider possible defenses;
4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and
5. The additional time requested between the current trial date of November 26, 2018 and the new trial date is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

It is therefore ORDERED that the trial date be continued from November 26, 2018 to March 18, 2019 at 9:30 a.m., and that the time between the date of this Order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv), and 3161(h)(6). Any pretrial motions shall be filed no later than January 28, 2019.

DATED this 1st day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE